LAW OFFICES OF
## ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
220 MONTGOMERY STREET, SUITE 303
SAN FRANCISCO, CALIFORNIA 94104
PHONE: (415) 392-5431  FAX: (415) 392-1978

MORSE ERSKINE (1895-1968)
J. BENTON TULLEY (1908-1974)

May 11, 2006


Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, California 94102-3483
Attn: Karen Hom, Courtroom Deputy

Re:  Board of Trustees of the Sheet Metal Workers, et al.
     vs. Henry Olhava, etc.
     <u>U.S. District Court/Northern Case No. C 04 4603 CRB(JSC)</u>

Dear Magistrate Judge Spero:

Confirming our telephone conversation with Ms. Karen Hom today, the Order of Examination shall be continued from May 12, 2006 to June 23, 2006 at 9:30 a.m. in Courtroom A, 15th floor, 450 Golden Gate Avenue.

Yours very truly,

Michael J. Carroll

MJC/se

cc:  Jack Burstein
     Smith & Burstein
     1730 Sonoma Blvd
     Vallejo, CA 94590

Dated: 5/11/06



IT IS SO ORDERED
Judge Joseph C. Spero