# ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
220 MONTGOMERY STREET, SUITE 303
SAN FRANCISCO, CA 94104
(415) 392-5431
FAX: (415) 392-1978

June 20, 2006

Magistrate Judge Joseph C. Spero
United States District Court
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

RE: Board of Trustees of the Sheet Metal Workers, et al.
vs. Henry Olhava, etc.
Case No. C 04 4603 CRB (JCS)

Dear Magistrate Judge Spero:

Confirming our telephone conversation with Ms. Karen Hom today, the Order of Examination set for June 23, 2006 should be taken off calendar.

Yours very truly,

/s/ Michael J. Carroll

Michael J. Carroll

MJC/da

cc: Jack Burstein, Esq.

Dated: June 22, 2006



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA